# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   TIMOTHY J. BRILL

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                           CASE NO.  4:00-cr-00020-HRH

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: April 11, 2008

In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to the defendant Timothy J. Brill.  Any party wishing to have said item returned to them needs to file a motion to return said item with a proposed order for the Court's consideration.

[DESTROY PASSPORT MO]{IA.WPD*Rev.12/96}